IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AKILAH E. HATFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 3:23-CV-202-RAH |
| CADENCE BANK, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On August 24, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 22.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation (Doc. 22) is ADOPTED;

2. Plaintiff's Motion for Denial of Notice of Removal (Doc. 16) is DENIED; and

3. This action is referred back to the Magistrate Judge for further proceedings.

DONE, on this the 15th day of December 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE